United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.C. WANG, | No. C 07-00308 SI |
| Plaintiff, | **ORDER EXTENDING TIME TO FILE AMENDED COMPLAINT** |
| v. | |
| COUNTY OF SANTA CLARA, | |
| Defendant. | |

On February 14, 2007, the Court issued an order denying plaintiff's motion for an "emergency injunction" and dismissing his complaint for failure to state a claim. The Court allowed plaintiff until February 28, 2007 to file an amended complaint, if he wished to do so. Plaintiff failed to filed an amended complaint by that deadline. On March 20, 2007, the Court received a letter from plaintiff, asking if the Court had ruled on his "emergency injunction," and asking that any orders be forwarded to his new address, at the Santa Clara County Elmwood Correctional Facility. It thus appears that since filing his motion, plaintiff has been incarcerated, and did not receive the Court's order. The Court therefore attaches a copy of the order, and GRANTS plaintiff an extension to Friday, April 13, 2007, to file an amended complaint, should he wish to do so.

**IT IS SO ORDERED.**

Dated: March 23 , 2007

SUSAN ILLSTON
United States District Judge