IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.C. WANG, | No. C 07-00308 SI |
| Plaintiff, | **ORDER RE: RECONSIDERATION AND TIME EXTENSION** |
| v. | |
| COUNTY OF SANTA CLARA, | |
| Defendant. | |

On February 14, 2007, the Court issued an order denying plaintiff's motion for an "emergency injunction" and dismissing his complaint for failure to state a claim. The Court allowed plaintiff until February 28, 2007 to file an amended complaint. Plaintiff failed to do so, and the Court granted him an extension to Friday, April 13, 2007, to file an amended complaint, should he wish to do so.

Since issuing the February 14, 2007 Order, the Court has received four other documents from plaintiff: three entitled "Addendum to Emergency Injunction"; and one entitled "Reconsideration, Emergency Injunction; Time Extension." The Court has reviewed all four documents and finds nothing that would compel reconsideration of the February 14 Order. However, because plaintiff is apparently having trouble gaining access to legal research materials, the Court GRANTS him an additional two week extension to Friday, April 27, 2007, to file an amended complaint, should he wish to do so. If he does not file an amended complaint by that date, this action will be dismissed, with prejudice.

**IT IS SO ORDERED.**

Dated: April 12 , 2007

SUSAN ILLSTON
United States District Judge