IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.C. WANG, | No. C 07-00308 SI |
| Plaintiff, | **ORDER DENYING MOTION FOR RECONSIDERATION** |
| v. | |
| COUNTY OF SANTA CLARA, | |
| Defendant. | |

On May 15, 2007, the Court dismissed plaintiff's first amended complaint, without leave to amend, and entered judgment accordingly. The Court also dismissed a string of "Additional Temporary Injunctions." Plaintiff has now filed a "Motion for Reconsideration (Part I)." Because judgment has been entered against him, the Court is without authority to hear a motion for reconsideration. *See* Fed. R. Civ. P. 54(b). Furthermore, plaintiff's motion does not raise any grounds for altering the judgment. Accordingly, the Court DENIES plaintiff's motion for reconsideration. Should he wish to appeal the Court's dismissal of his case, he must do so with the Ninth Circuit Court of Appeals.

**IT IS SO ORDERED.**

Dated: June 7, 2007

SUSAN ILLSTON
United States District Judge